PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Tanner D. Jurgens</u>       Case Number: <u>3:20CR00125-001</u>

Name of Current Judicial Officer: <u>The Honorable Eli Richardson, U.S. District Judge</u>

Name of Sentencing Judicial Officer: <u>The Honorable John M. Gerrard, District of Nebraska</u>

Date of Original Sentence: <u>August 26, 2013</u>

Original Offense: <u>18 U.S.C. § 2252 (A)(a)(2) Receipt and Distribution of Child Pornography</u>

Original Sentence: <u>87 months' custody followed by ten years' supervised release</u>

Date of Revocation Sentence: <u>November 12, 2024</u>

Revocation Sentence: <u>16 weekends' custody as a form of a special condition of supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>February 5, 2020</u>

Assistant U.S. Attorney: <u>Stephanie Toussaint</u>     Defense Attorney: <u>Jennifer Thompson</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Considered this <u>21st</u> day of <u>October</u>, 2025, and made a part of the records in the above case.

*Zachary Johnson* (signature)

Zachary Johnson
U.S. Probation Officer

*Eli Richardson* (signature)

The Honorable Eli Richardson
U.S. District Judge

Place    <u>Nashville, TN</u>

Date    <u>September 3, 2025</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **The defendant shall not commit another federal, state, or local crime.** <br> On August 28, 2025, Mr. Jurgens was arrested and charged with Violation of the Sex Offender Registry, a Class E Felony, by the Giles County Sheriff's Office. Mr. Jurgens failed to report to the registry for his quarterly update by the end of June 2025. Mr. Jurgens reported to the Giles County Sheriff in July 2025, to update the sex-offender registry. He is scheduled to appear in court on September 22, 2025. |

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Tanner Jurgens started his term of supervised release on February 5, 2020, and is scheduled to finish supervision on February 4, 2030. He is currently employed and residing with his wife in Pulaski, Tennessee. Mr. Jurgens is participating in sex-offender specific treatment at Moore Psychology Services and routinely submits to polygraph examinations.

On November 12, 2024, the Court ordered Mr. Jurgens to serve 16 weekends in custody as a special condition of supervised release for possessing hard drives and thumb drives containing images and videos of child exploitation.

Mr. Jurgens successfully served his imposed custodial sentence effective May 2025.

**U.S. Probation Officer Recommendation:**
It is respectfully recommended that no action be taken by the Court at this time.

Approved: _Abigail Smith_
Abigail Smith
Supervisory U.S. Probation Officer